**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ALISON ROSE, on behalf of herself and all others similarly situated,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>WILDFLOWER BREAD COMPANY,<br><br>Defendant/Counterclaimant. | CASE NO. CV 09-1348-PHX-JAT<br><br>**ORDER ON JOINT STIPULATED MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RENEWED MOTION FOR RULE 23 CLASS ACTION CERTIFICATION ON COUNT II** |

The Court having considered the parties' Joint Stipulated Motion to Extend Deadline for Plaintiff to File Renewed Motion for Rule 23 Class Certification on Count II and for good cause shown,

IT IS HEREBY ORDERED that Joint Stipulated Motion (Doc. 137) is granted. The deadline for Plaintiff to file her Renewed Motion for Rule 23 Class Certification on Count II is extended to February 16, 2011.

Dated this 8th day of February, 2011.

James A. Teilborg
United States District Judge