**SUSAN MARTIN (Az. Bar #014226)**
**DANIEL L. BONNETT (Az. Bar #014127)**
**JENNIFER KROLL (Az. Bar #019859)**
**MARK A. BRACKEN (Az. Bar #026532)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue, Suite 2010
Phoenix, AZ 85004
(602) 240-6900
Fax: (602) 240-2345
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com
mbracken@martinbonnett.com

**MICHAEL D. LORE** *(admitted Pro Hac Vice)*
**MICHAEL D. LORE, P.C.**
1415 Louisiana, Suite 2125
Houston, TX 77002
Telephone: (713) 782-5291
mlore@lorefirm.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alison Rose,<br><br>      Plaintiff/Counterdefendant,,<br><br>vs.<br><br>Wildflower Bread Co.,<br><br>      Defendant/Counterclaimant. | Case No.: CV 09-1348-PHX-JAT<br><br>**NOTICE OF AGREED ADJOURNMENT OF RULE 30(b)(6) DEPOSITION OF DEFENDANT, WILDFLOWER BREAD COMPANY** |

TO:  Wildflower Bread Co.
     c/o J. Mark Ogden, Esq.
     Laurent Badoux, Esq.
     Littler Mendelson, P.C.
     2425 East Camelback road, Suite 900
     Phoenix, AZ 85016

NOTICE IS HEREBY GIVEN that, the Rule 30(b)(6) deposition of Defendant, Wildflower Bread Company, previously noticed to be taken upon oral examination on

1  February 10, 2011 has been *adjourned* by agreement of the parties and will be rescheduled
2  at a later date.
3       DATED this 10th day of February, 2011.

                              MARTIN & BONNETT, P.L.L.C.


                              By: s/Daniel L. Bonnett
                                  Daniel L. Bonnett
                                  Susan Martin
                                  Jennifer L. Kroll
                                  Mark A. Bracken
                                  1850 North Central Avenue, Suite 2010
                                  Phoenix, AZ 85004
                                  (602) 240-6900

                                         and

                                  MICHAEL D. LORE, PC
                                  Michael D. Lore (Pro Hac Vice)
                                  1415 Louisiana, Suite 2125
                                  Houston, TX 77002

                                  ATTORNEYS FOR PLAINTIFF/
                                  COUNTERDEFENDANT AND
                                  THE PROPOSED CLASS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF System for filing.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the Court CM/ECF system.

>	J. Mark Ogden, Esq.
>	Laurent Badoux, Esq.
>	Littler Mendelson, P.C.
>	2425 East Camelback Road, Suite 900
>	Phoenix, AZ 85016

 s/Kathy Pasley