1   **SUSAN MARTIN (Az. Bar #014226)**
**DANIEL L. BONNETT (Az. Bar #014127)**
2   **JENNIFER KROLL (Az. Bar #019859)**
**MARK A. BRACKEN (Az. Bar #026532)**
3   **MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue, Suite 2010
4   Phoenix, AZ 85004
(602) 240-6900
5   Fax: (602) 240-2345
smartin@martinbonnett.com
6   dbonnett@martinbonnett.com
jkroll@martinbonnett.com
7   mbracken@martinbonnett.com

8
**MICHAEL D. LORE (admitted *Pro Hac Vice*)**
9   **MICHAEL D. LORE, P.C.**
1415 Louisiana, Suite 2125
10  Houston, TX 77002
Telephone:  (713) 782-5291
11  mlore@lorefirm.com

12  Attorneys for Plaintiff

13
**IN THE UNITED STATES DISTRICT COURT**
14
**FOR THE DISTRICT OF ARIZONA**
15

16  Alison Rose,                                    )
                                                    )   Case No.: CV 09-1348-PHX-JAT
17              Plaintiff/Counterdefendant,,        )
                                                    )
18       vs.                                        )
                                                    )
19                                                  )
                                                    )   **NOTICE OF AGREED**
20  Wildflower Bread Co.,                           )   **ADJOURNMENT OF**
                                                    )   **DEPOSITION OF LOUIS J.**
21              Defendant/Counterclaimant.          )   **BASILE, JR.**
                                                    )
22  _____                )

23  TO:    Wildflower Bread Co.
24         c/o J. Mark Ogden, Esq.
           Laurent Badoux, Esq.
25         Littler Mendelson, P.C.
           2425 East Camelback road, Suite 900
26         Phoenix, AZ 85016

27         NOTICE IS HEREBY GIVEN that, the deposition of Louis J. Basile, Jr. previously

28  noticed to be taken upon oral examination on February 11, 2011 has been ***adjourned*** by

1  agreement of the parties and will be rescheduled at a later date.

2      DATED this 10th day of February, 2011.

3
4                                    MARTIN & BONNETT, P.L.L.C.

5
6                          By: s/Daniel L. Bonnett
                               Daniel L. Bonnett
                               Susan Martin
7                              Jennifer L. Kroll
                               Mark A. Bracken
8                              1850 North Central Avenue, Suite 2010
                               Phoenix, AZ 85004
9                              (602) 240-6900

10                                   and

11                             **MICHAEL D. LORE, PC**
                               Michael D. Lore (*Pro Hac Vice*)
12                             1415 Louisiana, Suite 2125
                               Houston, TX 77002
13
                               ATTORNEYS FOR PLAINTIFF/
14                             COUNTERDEFENDANT AND
                               THE PROPOSED CLASS
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1

2

**CERTIFICATE OF SERVICE**

3       I hereby certify that on February 10, 2011, I electronically filed the foregoing with

4   the Clerk of the Court for the United States District Court for the District of Arizona by

5   using the CM/ECF System for filing.

6       I certify that all participants in this case are registered CM/ECF users and that service

7   will be accomplished by the Court CM/ECF system.

8

9                           J. Mark Ogden, Esq.
                            Laurent Badoux, Esq.
10                          Littler Mendelson, P.C.
                            2425 East Camelback Road, Suite 900
11                          Phoenix, AZ 85016

12

13

14    s/Kathy Pasley

15

16

17

18

19

20

21

22

23

24

25

26

27

28