**SUSAN MARTIN (Az. Bar #014226)**
**DANIEL L. BONNETT (Az. Bar #014127)**
**JENNIFER KROLL (Az. Bar #019859)**
**MARK A. BRACKEN (Az. Bar #026532)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue, Suite 2010
Phoenix, AZ 85004
(602) 240-6900
Fax: (602) 240-2345
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com
mbracken@martinbonnett.com

**MICHAEL D. LORE** *(admitted Pro Hac Vice)*
**MICHAEL D. LORE, P.C.**
1415 Louisiana, Suite 2125
Houston, TX 77002
Telephone: (713) 782-5291
mlore@lorefirm.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alison Rose, | Case No.: CV 09-1348-PHX-JAT |
| Plaintiff/Counterdefendant,, | |
| vs. | |
| Wildflower Bread Co., | **NOTICE OF AGREED ADJOURNMENT OF DEPOSITION OF ROBERT ZAWACKI** |
| Defendant/Counterclaimant. | |

TO:   Wildflower Bread Co.
         c/o J. Mark Ogden, Esq.
         Laurent Badoux, Esq.
         Littler Mendelson, P.C.
         2425 East Camelback road, Suite 900
         Phoenix, AZ 85016

NOTICE IS HEREBY GIVEN that, the deposition of Robert Zawacki previously noticed to be taken upon oral examination on February 11, 2011 has been ***adjourned*** by

agreement of the parties and will be rescheduled at a later date.

DATED this 10th day of February, 2011.

          MARTIN & BONNETT, P.L.L.C.


By: s/Daniel L. Bonnett
  Daniel L. Bonnett
  Susan Martin
  Jennifer L. Kroll
  Mark A. Bracken
  1850 North Central Ave., Suite 2010
  Phoenix, AZ 85004
  (602) 240-6900

    and

**MICHAEL D. LORE, PC**
Michael D. Lore (*Pro Hac Vice*)
1415 Louisiana, Suite 2125
Houston, TX 77002

ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT AND
THE PROPOSED CLASS

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF System for filing.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the Court CM/ECF system.

>	J. Mark Ogden, Esq.
>	Laurent Badoux, Esq.
>	Littler Mendelson, P.C.
>	2425 East Camelback Road, Suite 900
>	Phoenix, AZ 85016

s/Kathy Pasley