IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alison Rose, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Wildflower Bread Company,<br><br>　　　　Defendant. | CV09-1348-PHX-JAT<br><br>**ORDER** |

The parties filed a stipulated motion for an extension of time for Defendant's response to Plaintiff's Renewed Motion for Class Certification (Doc. 143). The parties have indicated that they reached a settlement on March 3, 2011 and will shortly file a notice of settlement and joint motion for approval of the settlement agreement. The Court therefore will grant the extension. Accordingly,

**IT IS HEREBY ORDERED** Granting the parties' Joint Stipulation Re Time for Defendant to Reply to Plaintiff's Renewed Motion for Class Certification (Doc. 143). Defendant shall have until March 21, 2011 to file its response to the Renewed Motion for Class Certification.

DATED this 9th day of March, 2011.

James A. Teilborg
United States District Judge