**SUSAN MARTIN (AZ#014226)**
**DANIEL BONNETT (AZ#014127)**
**JENNIFER KROLL (AZ#019859)**
**MARK BRACKEN (AZ#026532)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
dbonnett@martinebonnett.com
jkroll@martinbonnett.com
mbracken@martinbonnett.com

**MICHAEL D. LORE (admitted *Pro Hac Vice*)**
**MICHAEL D. LORE, P.C.**
1415 Louisiana, Suite 2125
Houston, TX  77002
Telephone: (713) 782-5291
mlore@lorefirm.com
Attorneys for Plaintiff/Counterdefendant and the proposed Class

**J. MARK OGDEN (AZ Bar No. 017018)**
**LAURENT R.G. BADOUX (AZ Bar No. 020753)**
**LITTLER MENDELSON, P.C.**
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
mogden@littler.com
lbadoux@littler.com
Attorneys for Defendant/Counterclaimant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALISON ROSE, on behalf of herself and all others similarly situated, | ) CASE NO.:CV 09-1348-PHX-JAT |
| | ) |
| | ) **JOINT NOTICE OF SETTLEMENT** |
| Plaintiff/Counterdefendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILDFLOWER BREAD COMPNAY, | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

Pursuant to LRCiv 40.2, the parties, through counsel, hereby notify the Court that following a private mediation, they have reached a settlement on essential terms that will dispose of this case in its entirety.  Counsel for the parties are working on documentation regarding the full and complete terms of the settlement as well as documents necessary for submission to this Court for consideration and approval of the terms of the settlement. Given the schedules of counsel, the parties anticipate that they will be able to submit documentation to the Court advising of the terms of the settlement for the Court's consideration and approval within thirty (30) days of this notice.  Accordingly, the parties request that the Court defer ruling on all pending motions and otherwise stay this proceeding pending submission of the necessary settlement documents and request for approval of the terms of settlement by the Court.

Respectfully submitted this 12th day of April, 2011.

s/Daniel L. Bonnett
**MARTIN & BONNETT, P.L.L.C.**
Susan Martin
Daniel Bonnett
Jennifer Kroll
Mark A. Bracken
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone:   (602) 240-6900

**MICHAEL D. LORE, PC**
Michael D. Lore (admitted P*ro Hac Vice*)
1415 Louisiana, Suite 2125
Houston, TX  77002
Telephone: (713) 782-5291

ATTORNEYS FOR PLAINTIFF/
COUNTERDEFENDANT AND
THE PROPOSED CLASS

s/Laurent R. G. Badoux
**LITTLER MENDELSON, P.C**
J. Mark Ogden
Laurent R.G. Badoux
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600

ATTORNEYS FOR
DEFENDANT/COUNTERCLAIMANT

1

**CERTIFICATE OF SERVICE**

2

3

4

5

    I hereby certify that on April 12, 2011, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic filing to the following CM/ECG registrants:

6

7

8

9

J. Mark Ogden, Esq.
Laurent Badoux, Esq.
Littler Mendelson, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016

10

Attorneys for Defendant/Counterclaimant

11

12

s/Kathy Pasley
Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28