# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alison Rose, on behalf of herself and others similarly situated, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> Wildflower Bread Company, <br><br> Defendant/Counterclaimant. | CV 09-1348-PHX-JAT <br><br> **ORDER** |

The Court having received notice that this case has settled (Doc. 146),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on May 23, 2011, with prejudice, and shall enter judgment accordingly, unless prior thereto a party either files a request for reinstatement on the Court's trial calendar or files a proposed settlement for the Court's consideration and approval.

**IT IS FURTHER ORDERED** that all pending motions and stipulations are **DENIED**, as moot, without prejudice. All pending deadlines are vacated.

**IT IS FURTHER ORDERED** that any scheduled hearings and/or the trial date are **VACATED**.

DATED this 13th day of April, 2011.

James A. Teilborg
United States District Judge