# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Alison Rose, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV 09-1348 PHX-JAT |
| v. | ) | |
| | ) | |
| Wildflower Bread Company, | ) | |
| | ) | |
| Defendant(s). | ) | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated April 13, 2011, judgment is entered dismissing the complaint and this action with prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

May 23, 2011

s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)