1 | Susan Martin (AZ Bar No. 014226)
smartin@martinbonnett.com
2 | Daniel Bonnett (AZ Bar No. 014127)
dbonnett@martinbonnett.com
3 | Jennifer Kroll (AZ Bar No. 019859)
jkroll@martinbonnett.com
4 | Mark A. Bracken (AZ Bar No. 026532)
mbracken@martinbonnett.com
5 | MARTIN & BONNETT, P.L.L.C.
1850 N. Central Avenue, Suite 2010
6 | Phoenix, Arizona 85004
Telephone:  (602) 240-6900

Michael D. Lore (admitted pro hac vice)
8 | mlore@lorefirm.com
MICHAEL D. LORE, P.C.
9 | 1415 Louisiana, Suite 2125
Houston, Texas 77002
10 | Telephone:  (713) 782-5291

11 | Attorneys for Plaintiff/Counterdefendant
and the proposed class

J. Mark Ogden; AZ Bar No. 017018
13 | mogden@littler.com
Laurent R.G. Badoux; AZ Bar No. 020753
14 | lbadoux@littler.com
LITTLER MENDELSON
15 | A Professional Corporation
2425 East Camelback Road, Suite 900
16 | Phoenix, AZ  85016
Telephone:   602.474.3600
17 | Facsimile:    602.957.1801

18 | Attorneys for Defendant/Counterclaimant
Wildflower Bread Company

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alison Rose, on behalf of herself and all others similarly situated, | Case No. CV 09-1348-PHX-JAT |
| Plaintiff/Counterdefendant, | **JOINT MOTION FOR RELIEF FROM JUDGMENT, PURSUANT TO Fed.R.Civ.P. 60(b)** |
| v. | |
| Wildflower Bread Company, | |
| Defendant/Counterclaimant. | |

1    On April 12, 2011, the parties filed a Joint Notice of Settlement, notifying the Court that the parties had reached a settlement on essential terms that will dispose of this case. (Doc. 146.)  On April 13, 2011, the Court ordered that the Clerk of Court shall dismiss this entire case on May 23, 2011 with prejudice and enter judgment accordingly, unless prior thereto a party either files a request for reinstatement on the Court's trial calendar or files a proposed settlement for the Court's consideration and approval." (Doc. 147.)  The parties have negotiated in good faith and reached a proposed settlement agreement for which the parties are seeking the Court's consideration and approval, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq*.

   On May 23, 2011, the Clerk of Court issued a Judgment, dismissing this case with prejudice. (Doc. 148.)  The parties operated under the belief that their proposed settlement should be filed by May 23, 2011.  Based upon this belief, the parties filed a proposed settlement agreement on May 23, 2011, after the entry of judgment. (Doc. 149.)

   Pursuant to Federal Rule of Civil Procedure 60(b)(1) and (6), the parties request that the Court vacate the Clerk's May 23, 2011 Judgment and review the parties' proposed settlement agreement.  The parties' failure to file their proposed settlement agreement for the Court's approval before the Clerk's entry of judgment was based upon mistake and an inadvertent belief that the proposed agreement should have been filed for the Court's consideration by May 23, 2011.  Because Plaintiffs filed suit against Defendant to recover back wages under the FLSA, the parties must present their proposed settlement to the district court for review and a determination of whether the settlement is fair and reasonable. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Dees v. Hydradry, Inc.*, 706 F. Supp.2d 1227, 1234 (M.D. Fla. 2010); *Lopez v. Ariz. Public Service Co.*, 2010 WL 1403873, *1 (D. Ariz. 2010) ("Normally, the Court does not rule on a private settlement negotiated between parties.  However, because Plaintiffs filed a FLSA action against Defendant, the parties must seek approval of their stipulated settlement in order to ensure the enforceability of the Settlement Agreement.").  Because the parties' proposed settlement must be approved by the Court, the parties' respectfully request that the

Court vacate the Clerk's entry of judgment and review the proposed settlement agreement.

The parties have attached a proposed form of order for the Court's consideration.

DATED this 24th day of May, 2011

| /s/ Daniel Bonnett | /s/ Laurent R.G. Badoux |
|---|---|
| Susan Martin | J. Mark Ogden |
| Daniel Bonnett | Laurent R.G. Badoux |
| Jennifer Kroll | LITTLER MENDELSON, P.C. |
| Mark A. Bracken | Attorneys for Defendant/Counterclaimant |
| MARTIN & BONNETT, P.L.L.C. | Wildflower Bread Company |

Michael D. Lore (admitted pro hac vice)
Michael D. Lore, P.C.

Attorneys for Plaintiff/Counterdefendant and the proposed class

I hereby certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to sign this document on behalf of the defendant has been obtained.

/s/ Daniel Bonnett
Laurent R.G. Badoux

I hereby certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants on this 24th day of May, 2011.

/s/Kathy Pasley